UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MAIRA OVIEDO-GRANADOS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOM SPANGLER, ) <br> in his individual capacity, ) <br> GLENN JACOBS, ) <br> in his official capacity as ) <br> Mayor of Knoxville, and ) <br> KNOX COUNTY, TENNESSEE, by and ) <br> through the Knox County Sheriff's Office, ) <br> ) <br> Defendants. ) | No.: 3:21-CV-412-TAV-JEM |

## ORDER

This matter is before the Court on the parties' Joint Motion to Amend Current Scheduling Order [Doc. 48]. In the joint motion, the parties seek to continue the trial to any date after December 1, 2023, and to reset other deadlines in the scheduling order based on the rescheduled trial date. In support, the parties submit that they have engaged in written discovery while awaiting the Court's decision on the pending dispositive motion, but additional discovery needs to be completed given the complexity of this case.

In light of the parties' agreement, and for good cause shown, the parties' request to continue the trial and reset other deadlines in this case [Doc. 48] is **GRANTED**. It is hereby **ORDERED** that the trial, previously scheduled for October 24, 2023, is **RESCHEDULED** for <u>Tuesday, April 9, 2024, at 9:00 a.m.</u> It is further **ORDERED** that the final pretrial conference, previously scheduled for October 17, 2023, is

**RESCHEDULED** for <u>**Tuesday, April 2, 2024, at 2:00 p.m.**</u> All unexpired scheduling deadlines, as of the date of the filing of the parties' joint motion [Doc. 48], **SHALL** be applied as calculated from the new trial date and according to the same time limitations set forth in the Court's original scheduling order [Doc. 16].

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE
