UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MAIRA OVIEDO-GRANADOS,<br><br>      Plaintiff,<br><br>v.<br><br>TOM SPANGLER,<br>in his individual capacity,<br>GLENN JACOBS,<br>in his official capacity as<br>Mayor of Knoxville, and<br>KNOX COUNTY, TENNESSEE, by and<br>through the Knox County Sheriff's Office,<br><br>      Defendants. | No.: 3:21-CV-412-TAV-JEM |

## ORDER

This civil action is before the Court on periodic review. Defendants' motion to dismiss is currently pending before the Court [Doc. 27]. In the interests of judicial economy and efficiency, the Court finds it appropriate to stay this action pending the Court's resolution of defendants' motion. Accordingly, this action is hereby **STAYED** pending the Court's decision on defendants' motion to dismiss [Doc. 27]. The Court will lift the stay upon its resolution of this motion. The parties' motions [Docs. 52, 53, 54, 55] regarding the deadlines in the scheduling order are **DENIED as moot**. The Court will reset a trial date and other deadlines upon lifting the stay.

    IT IS SO ORDERED.

                              s/ Thomas A. Varlan
                              UNITED STATES DISTRICT JUDGE